IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTLANDT STREET RECOVERY CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-1272-RGA |
| TPG TROY, LLC, T3 TROY LLC, APAX PARTNERS L.P., TPG PARTNERS IV, L.P., TPG ADVISORS IV, INC., TPG GENPAR IV, L.P., TPG ADVISORS II, INC., T3 GENPAR II, L.P., T3 PARTNERS II, L.P., and T3 PARALLEL II, L.P., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**APAX PARTNERS L.P. PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Cortlandt Street Recovery Corp. ("Cortlandt") hereby files this Notice of Voluntary Dismissal of defendant Apax Partners L.P. (Apax") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1). According to the Rule, an action may be dismissed by the Plaintiff, without a Court Order, by filing a notice of dismissal "before the opposing party has served either an answer or a motion for summary judgment." Defendant Apax Partners L.P. has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses Apax without prejudice pursuant to Rule 41(a)(1)(A)(1).

                                  YOUNG CONAWAY STARGATT
                                      & TAYLOR, LLP

                                */s/ Pilar G. Kraman*
                                Adam W. Poff (No. 3990)
                                Pilar G. Kraman (No. 5199)
                                Rodney Square
                                1000 North King Street
                                Wilmington, DE 19801
                                (302) 571-6600
                                pkraman@ycst.com

                                Jared B. Stamell
                                Andrew R. Goldenberg
                                STAMELL & SCHAGER, LLP
                                One Liberty Plaza, 35th Floor
                                New York, New York10006
                                (212) 566-4047
                                stamell@ssnyc.com

Dated:  May 31, 2012                  *Attorneys for plaintiff Cortlandt Street*
                                                           *Recovery Corp.*

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on May 31, 2012, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Garvan F. McDaniel, Esquire
>Bifferato Gentilotti LLC
>800 North King Street
>Plaza Level
>Wilmington, DE 19801
>*gmcdaniel@bglawde.com*
>
>*Attorneys for Defendants TPG Troy, LLC,*
>*T3 Troy LLC, TPG Partners IV, L.P., TPG Advisors IV, INC.,*
>*TPG Genpar IV, L.P., TPG Advisors II, INC., T3 Genpar II, L.P.,*
>*T3 Partners II, L.P., and T3 Parallel II, L.P.*
>
>John M. Seaman, Esquire
>Abrams & Bayliss LLP
>20 Montchanin Road, Suite 200
>Wilmington, DE 19807
>*seaman@abramsbayliss.com*
>
>*Attorneys for Defendant Apax Partners, L.P.*

I further certify that on May 31, 2012, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>David J. Abrams, Esquire
>Kasowitz, Benson, Torres & FriedmanLLP
>1633 Broadway
>New York, NY 10019
>*dabrams@kasowitz.com*
>
>*Attorneys for Defendants TPG Troy, LLC,*
>*T3 Troy LLC, TPG Partners IV, L.P., TPG Advisors IV, INC.,*
>*TPG Genpar IV, L.P., TPG Advisors II, INC., T3 Genpar II, L.P.,*
>*T3 Partners II, L.P., and T3 Parallel II, L.P.*

01:12078293.1

Robert S. Fischler, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
*robert.fischler@ropesgray.com*

*Attorneys for Defendant Apax Partners, L.P.*

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        */s/ Pilar G. Kraman*
        Adam W. Poff (No. 3990)
        Pilar G. Kraman (No. 3990)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        pkraman@ycst.com

        *Attorneys for Plaintiff*